UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Tara Hyslop,

    Plaintiff(s),

vs.                                                       Case Number: 16-cv-00317-JED-JFJ

Travelers Home and Marine Insurance Company,
The ,

    Defendant(s).

## SETTLEMENT CONFERENCE REPORT

On 3/20/2018 a Settlement Conference was held in the captioned matter.

☒     The litigation was settled; within __10__ days of the date hereof, the Plaintiff and Defendant shall file:

        --     a Stipulation of Dismissal
                OR
        --     Agreed Judgment and
                Motion to Enter Agreed Judgment

☐     The litigation was not settled.

☐     Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2018.

DATED: 3/20/2018.

                                                            R. Tom Hillis
                                                            Adjunct Settlement Judge