**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | | |
|---|---|---|---|
| 1. | TARA HYSLOP, | ) | |
| | | ) | |
| | Plaintiff, | ) | Civil Action No. 16-cv-317-JED-JFJ |
| | | ) | |
| vs. | | ) | (District Court, Creek County, |
| | | ) | Oklahoma Case No. CJ-2016-62) |
| 2. | THE TRAVELERS HOME AND | ) | |
| | MARINE INSURANCE | ) | |
| | COMPANY, | ) | |
| | | ) | |
| | Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Tara Hyslop and

The Travelers Home and Marine Insurance Company and/or their respective counsel that

Tara Hyslop voluntarily dismisses her claims against Grinnell Mutual Reinsurance

Company, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

s/ Timothy P. Clancy
Timothy P. Clancy, OBA #14199
Clancy & Thompson, PLLC
5801 E. 41st Street, Suite 710
Tulsa, OK 74135
Telephone: (918) 494-0007
Facsimile: (918) 515-7555
*Attorney for Plaintiff*

s/ Amy Bradley-Waters
D. Lynn Babb, OBA #392
Amy Bradley-Waters, OBA # 16480
Pierce Couch Hendrickson Baysinger &
Green, LLP
P.O. Box 239
Tulsa, OK 74101
Telephone: (918) 583-8100
Facsimile: (918) 583-8107
abradley-waters@piercecouch.com
*Attorneys for Defendant*